STATE OF CONNECTICUT *v.* WALTER JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 802 (AC 23826), is denied.

*Jeremiah Donovan,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided June 9, 2004

STATE OF CONNECTICUT *v.* LUIS COLON

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 658 (AC 24114), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Thomas M. Conroy,* special public defender, in support of the petition.

*Erik T. Lohr,* special deputy assistant state's attorney, in opposition.

Decided June 9, 2004